# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLARENCE CONLEY, ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-309 Erie |
| v. ) | |
| ERIE COUNTY COURTHOUSE, et al., ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This civil rights action was received by the Clerk of Court on November 6, 2007.

The Magistrate Judge's Report and Recommendation [Doc. No. 4], filed on December 13, 2007, recommended that the action be dismissed for Plaintiff's failure to prosecute. Plaintiff was allowed ten (10) days from the date of service to file objections and service was made on Plaintiff by certified mail. No objections were filed. After <u>de novo</u> review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of January, 2008;

IT IS HEREBY ORDERED that this action is DISMISSED for Plaintiff's failure to prosecute.

The Report and Recommendation [Doc. No. 4] of Magistrate Judge Baxter, filed on December 13, 2007, is adopted as the opinion of the Court.

                              s/ Sean J. McLaughlin
                              United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge